UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 25-CV-25066-RAR

**MICHAEL OLIBRICES**,

    Petitioner,

v.

**ALEJANDRO MAYORKAS,
SECRETARY, UNITED STATES
DEPARTMENT OF HOMELAND
SECURITY**, *et al.*,

    Respondents.

_____/

**ORDER TO SHOW CAUSE**

**THIS CAUSE** comes before the Court on Petitioner Michael Olibrices's *pro se* "Motion to Reopen Case/Response to Court Regarding Filing Fee for Petition for Writ of Habeas Corpus," ("Motion to Reopen"), [ECF No. 5]. On November 3, 2025, Petitioner docketed a Petition for Writ of Habeas Corpus Under 28 U.S.C. § 2241, [ECF No. 1], challenging his continued detention in the custody of Immigration and Customs Enforcement ("ICE"). The following day, the Court determined that it could not proceed on the Petition until Petitioner paid the Clerk's filing fee of $5.00 or filed a legally sufficient motion to proceed *in forma pauperis*. *See generally* Order Requiring Payment of Filing Fee, [ECF No. 3]. Petitioner has now paid the Clerk's filing fee in full. *See* Clerk's Not. of Receipt, [ECF No. 4].

Accordingly, it is hereby **ORDERED AND ADJUDGED** as follows:

1. Petitioner's Motion to Reopen, [ECF No. 5], is **GRANTED**. The Clerk of Court shall **REOPEN** the case.

2.  Respondent shall **SHOW CAUSE** why the requested relief should not be granted on or before <u>**December 4, 2025**</u>.  The Response must address all procedural and merits-based issues pertinent to Petitioner's claim.  In doing so, the Response must be accompanied by an appendix which shall include copies of all relevant exhibits.  If Respondent fails to show good cause, the Court may grant Petitioner's requested relief, provided there exists support thereof in the record.  Petitioner may, but is not required to, file a Reply **seven (7) days** after the Response is served.  No other pleadings will be allowed.

**DONE AND ORDERED** in Miami, Florida, this 14th day of November, 2025.

_____
**RODOLFO A. RUIZ II**
**UNITED STATES DISTRICT JUDGE**

cc:   Michael Olibrices
      A091-446-571
      Krome Service Processing Center
      Inmate Mail/Parcels
      18201 SW 12th Street
      Miami, FL 33194
      PRO SE